FILED

03/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0650

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0650

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

AARON EUGENE MCLAUGHLIN,

     Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 21, 2024, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 15 2024